**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2044**

_____

THOMAS OLANIPEKUN,

        Plaintiff - Appellant,

    v.

HOUSING AUTHORITY OF BALTIMORE CITY; CAREFIRST BCBS; DOE 1-00,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge. (1:25-cv-00589-BAH)

_____

Submitted: March 12, 2026                    Decided: March 17, 2026

_____

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas Olanipekun, Appellant Pro Se. Carire Blackburn Riley, BLACKBURN RILEY LLC, Baltimore, Maryland; Matthew Frederick Nieman, JACKSON LEWIS PC, Reston, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Olanipekun appeals the district court's order granting Defendants' motions to dismiss his civil claims.  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b).  We have reviewed the record in conjunction with the arguments Olanipekun has raised in his informal briefs and find no reversible error.  Accordingly, we affirm the district court's order.  *Olanipekun v. Hous. Auth. of Balt. City*, No. 1:25-cv-00589-BAH (D. Md. Aug. 27, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2